Shanny J. Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Jesus Komiyama

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS KOMIYAMA,<br><br>          PLAINTIFF,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>          DEFENDANT. | No. ED CV 09-00159 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS and 00/100's ($4,200.00), as authorized by 28 U.S.C. § 2412(d)~~, and subject to the terms and conditions of the Stipulation.~~

DATED: December 17, 2009

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE